# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 12 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | | |
|---|---|---|
| KELVIN LEANDER SELLERS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:06CV00623 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Hon. James C. Turk |
|     Respondent. | ) | Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED** that:

(1)    defendant's motion to dismiss is **GRANTED**.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Petitioner.

ENTER: This 12th day of March, 2007.

/s/ James C. Turk
Hon. James C. Turk,
Senior United States District Judge